# EXHIBIT 1

# RESTRAINT & SECLUSION REPORTS
## 2015-16

| School | Number of Reports |
|---|---|
| Annandale HS | 3 |
| Annandale Terrace ES | 32 |
| Armstrong ES | 43 |
| Bonnie Brae ES | 8 |
| Beech Tree ES | 23 |
| Bonnie Brae ES | 1 |
| Braddock ES | |
| Brookfield ES | |
| Bull Run ES | 11 |
| Burke Center | |
| Cameron ALC | 15 |
| Canterbury Woods ES | 1 |
| Cardinal Forest ES | 6 |
| Centreville ES | 2 |
| Centreville HS | |
| Centre Ridge ES | 38 |
| Chantilly HS | |
| Cherry Run ES | 1 |
| Clearview ES | |
| Coates ES | 54 |
| Crossfield ES | 11 |
| Cub Run ES | 5 |
| Daniels Run ES | |
| Deer Park ES | 7 |
| Dranesville ES | 2 |
| Eagle View ES | 716 |
| Fairview ES | |
| Fairfax HS | |
| Floris ES | |
| Forest Edge ES | |
| Fort Belvoir ES | |
| Fort Hunt ES | |
| Forestdale ES | 118 |
| Franklin Sherman MS | 1 |
| Greenbriar West ES | 1 |
| Gunston ES | 2 |
| Halley ES | |
| Hollin Meadows ES | 4 |
| Hunt Valley | |
| Hutchison ES | 5 |
| Keene Mill ES | 1 |
| Kilmer Center | 156 |

| School | Count |
|---|---|
| Kings Glen ES | |
| Island Creek ES | |
| Keene Mill ES | 1 |
| Key Center | 134 |
| Kings Glen ES | |
| Lake Anne ES | 1 |
| Lake Braddock SS | 6 |
| Laurel Hill ES | 12 |
| Laurel Ridge ES | |
| Lees Corner ES | 4 |
| Liberty MS | 2 |
| London Towne | 21 |
| Lynbrook ES | |
| Navy ES | 11 |
| Newington Forest ES | 2 |
| Oak Hill ES | 15 |
| Oak View ES | |
| Olde Creek ES | 34 |
| Poe MS | 1 |
| Poplar Tree ES | 8 |
| Providence ES | 11 |
| Rolling Valley ES | |
| Sandburg MS | 1 |
| Sangster ES | 67 |
| Saratoga ES | 97 |
| Shrevewood ES | |
| Silverbrook ES | |
| South Co MS | 170 |
| South Lakes HS | |
| Spring Hill ES | |
| Stone MS | |
| Sunrise Valley ES | |
| Stratford Landing ES | 1 |
| Terra Centre ES | |
| Twain MS | |
| Timber Lane ES | |
| Union Mill ES | 2 |
| Virginia Run ES | 3 |
| Wakefield Forest ES | 3 |
| Waples Mill ES | |
| Washington Mill ES | 53 |
| West Potomac HS | |
| West Springfield ES | |
| Westfield HS | |
| Willow Springs ES | 35 |
| Woodlawn ES | 26 |
| | |
| **ESY 2016** | 39 |

# RESTRAINT & SECLUSION REPORTS
## 2016-17

| School | Number of Reports |
|---|---|
| Annandale HS | |
| Annandale Terrace ES | |
| Armstrong ES | |
| Bonnie Brae ES | |
| Beech Tree ES | 26 |
| Bonnie Brae ES | 1 |
| Braddock ES | |
| Brookfield ES | |
| Bull Run ES | |
| Burke Center | |
| Cameron ALC | |
| Canterbury Woods ES | |
| Cardinal Forest ES | 49 |
| Centreville ES | 3 |
| Centreville HS | 23 |
| Centre Ridge ES | 4 |
| Chantilly HS | |
| Cherry Run ES | |
| Clearview ES | |
| Coates ES | 117 |
| Crossfield ES | |
| Cub Run ES | 17 |
| Daniels Run ES | |
| Deer Park ES | 52 |
| Dranesville ES | 28 |
| Eagle View ES | 272 |
| Fairfax Villa ES | 3 |
| Fairview ES | |
| Fairfax HS | 1 |
| Flint Hill ES | 1 |
| Floris ES | |
| Forest Edge ES | |
| Fort Belvoir ES | |
| Fort Hunt ES | |
| Forestdale ES | 18 |
| Franklin Sherman MS | 2 |
| Garfield ES | 1 |
| Greenbriar West ES | |
| Gunston ES | |
| Halley ES | 3 |
| Hollin Meadows ES | 14 |
| Hunt Valley | 18 |

| | |
|---|---|
| Hutchison ES | |
| Keene Mill ES | |
| Kilmer Center | 62 |
| Kings Glen ES | |
| Island Creek ES | |
| Keene Mill ES | |
| Key Center | 84 |
| Kings Glen ES | |
| Lake Anne ES | |
| Lake Braddock SS | |
| Laurel Hill ES | 1 |
| Laurel Ridge ES | |
| Lees Corner ES | 10 |
| Liberty MS | 6 |
| London Towne | 16 |
| Lynbrook ES | |
| Marshall Road ES | 65 |
| Navy ES | |
| Newington Forest ES | |
| Oak Hill ES | 4 |
| Oak View ES | 6 |
| Olde Creek ES | 31 |
| Pine Spring ES | 46 |
| Poe MS | 2 |
| Poplar Tree ES | 1 |
| Providence ES | |
| Robinson SS | 2 |
| Rolling Valley ES | 1 |
| Sandburg MS | |
| Sangster ES | |
| Saratoga ES | 39 |
| Shrevewood ES | |
| Silverbrook ES | |
| Sleepy Hollow ES | 1 |
| South Co MS | |
| South Lakes HS | |
| Spring Hill ES | |
| Stenwood ES | 2 |
| Stone MS | 3 |
| Sunrise Valley ES | |
| Stratford Landing ES | 1 |
| Terra Centre ES | |
| Twain MS | |
| Timber Lane ES | |
| Union Mill ES | |
| Thoreau MS | 8 |
| Virginia Run ES | |
| Wakefield Forest ES | 1 |

| | |
|---|---|
| Waples Mill ES | |
| Washington Mill ES | 19 |
| West Potomac HS | |
| West Springfield ES | |
| Westfield HS | |
| Willow Springs ES | 1 |
| Wolftrap ES | 9 |
| Woodburn ES | 1 |
| Woodlawn ES | |
| | |
| **ESY 2017** | |