IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Q.T., *et al.*,                              ) | |
|                                              ) | |
|                                              ) | |
|          Plaintiffs,                         ) | |
|                                              ) | |
|     v.                                       ) | Case No. 1:19-cv-1285 (RDA-JFA) |
|                                              ) | |
| FAIRFAX COUNTY SCHOOL BOARD,                 ) | |
| *et al.*,                                    ) | |
|                                              ) | |
|          Defendants.                         ) | |

**ORDER**

This matter comes before on Plaintiffs' Motion for Leave to File Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss ("Motion") (Dkt. 26). Considering the Motion, it is hereby ORDERED that Motion (Dkt. 26) is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs file a motion with their supplemental authority on or before July 1, 2020;

IT IS FURTHER ORDERED that Defendants respond with any supplemental authority they may have on or before July 8, 2020; and

IT IS FURTHER ORDERED that both Plaintiffs' and Defendants' filings containing such supplemental authority be no longer than 10 pages, and otherwise comply with the formatting requirements of Local Civil Rule 7(F)(3). The Court will disregard Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Motion to Dismiss (Dkt.27), which Plaintiffs filed on June 23, 2020, before receiving leave of Court. In accordance with Local Civil Rule 7(J) and Federal Rule of Civil Procedure 78, Court will rule on the Motion (Dkt. 26) and Defendants' Motion to Dismiss (Dkt. 18) without an oral hearing.

It is SO ORDERED.

Alexandria, Virginia
June 26, 2020

/s/