# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Q.T., a minor, by and through next friend, JENNIFER TIDD, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>FAIRFAX COUNTY SCHOOL BOARD, et al., )<br><br>Defendants. ) | Case No. 1:19-cv-1285 (RDA/JFA) |

## NOTICE OF VOLUNTARY DISMISSAL

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides in relevant part that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

The Individual Defendants in this action, Fairfax County Public Schools Superintendent Dr. Scott Brabrand and Assistant Superintendent, Department of Special Services Teresa Johnson, have served neither an answer nor a motion for summary judgment.

Pursuant to Rule 41(a)(1)(A)(i), the Plaintiffs hereby voluntarily dismiss their claims against Dr. Brabrand and Ms. Johnson, without prejudice. Counts I through III of Plaintiffs' Second Amended Complaint remain intact against Defendant Fairfax County School Board.

Respectfully submitted,

 /s/ Kevin Byrnes
Kevin E. Byrnes, VSB No. 47623
Fluet Huber + Hoang, PLLC
1751 Pinnacle Drive
10th Floor
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fhhfirm.com

Eve L. Hill (*pro hac vice*)
Sharon Krevor-Weisbaum (*pro hac vice*)
Anthony J. May (*pro hac vice*)
Jessica P. Weber (*pro hac vice pending*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
EHill@browngold.com
SKW@browngold.com
AMay@browngold.com
JWeber@browngold.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/ Kevin Byrnes
Kevin E. Byrnes, VSB No. 47623
